IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

RECEIVED
USDC, CLERK, CHARLESTON, SC

2009 JAN -7 P 3: 25

Pro Se [Non-Prisoner] Complaint Form

*[Enter the full name of the plaintiff in this action]*

BRIAN E. PELTIER

v.

*[Enter the full name of each defendant in this action. If possible, please list only one defendant per line.]*

1) JOBE C. METTS, MD.;
2) M.U.S.C.;
3) TENET SOUTH CAROLINA - d/b/a EAST COOPER REGIONAL MEDICAL CTR.;
4) UNIVERSITY MEDICAL ASSOCIATES;
5) J.C. NICHOLSON, JR; CIRCUIT COURT JUDGE STATE of S.C.;
6) FLORIDA MEDICAL DEVELOPMENT, INC;
7) SANDRA J. SENN;
8) ROBIN L. JACKSON;

Civil Action No.
2:09-44-DCN-RSC
*(to be assigned by Clerk)*

9) THE LAW FIRM OF SANDRA J. SENN
10) ROBERT H. HOOD, JR.;
11) HOOD LAW FIRM, LLC.
12) LINDSAY K. SMITH-YANCEY;
13) DOUGLAS PRATT-THOMAS;
14) THE LAW FIRM of PRATT-THOMAS-WALKER;
15) HUGH W. BUYCK;
16) DARREN K. SANDERS;
17) THE BUYCK LAW FIRM;
18) ALL DEFENDANTS INSURANCE COMPANIES, (T/B/D @ DISCOVERY PHASE OF THIS TRIAL).

If allowed by statute, do you wish to have a trial by jury? Yes ✓   No _____

*[If any answer requires additional space, please use additional paper and attach hereto.]*

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action? (RELATED)

Yes ✓   No _____

Page 2 of 17

B. *If your answer to A is Yes, describe the lawsuit in the space below. [If more than one lawsuit, describe on another sheet of paper using the same outline.]*

1. Parties to this previous lawsuit:

    Plaintiff: BRIAN E. PELTIER

    Defendant(s): JOBE C. MEHS, ET AL.

2. Court: ① US DISTRICT COURT of S.C.
   ⑧ CHARLESTON COUNTY COURT of COMMON PLEAS
   *(If federal court, name the district; if state court, name the county)*

3. Docket Number: ① CASE # 2:04-CV-22312-DCN
   ⑧ CASE # 2005-CP-10-3827

4. Name(s) of Judge(s) to whom case was assigned: ⑧ HONORABLE J.C. NICHOLSON JR.
   ① JUDGE DAVID C. NORTON

5. Status of Case: ⑧ DISMISSED AND APPEALED
   ① JUDGEMENT GRANTING DEFENDANTS MOTION TO DISMISS
   *(For example, was the case dismissed? Settled? Appealed? Still Pending?)*

6. Date lawsuit was filed: ① 9/22/04
   ⑧ 9/25/05

7. Date of disposition (if concluded): ① 4/21/05
   ⑧ 6/14/07

C. Do you have any other lawsuit(s) pending in the federal court in South Carolina?

   Yes _____   No ✓

## II. PARTIES

*In Item A below, place your name and address in the space provided. [If additional plaintiffs, do the same on another sheet of paper.]*

A. Name of Plaintiff: BRIAN E. PELTIER

   Address: 25-b BEVERLY ROAD CHARLESTON, S.C. 29407

*In Item B below, place the full name of the defendant, and his/her/its address, in the space provided. Use Item C for additional defendants, if any.*

B. Name of Defendant: ① J.C. NICHOLSON, JR, S.C. CIRCUIT COURT JUDGE

   Address: P.O. BOX 002   100 S. MAIN STREET ANDERSON, S.C. 29622

C. *Additional Defendants (provide the same information for each defendant as listed in Item B above):*

② JOBE C. METTS  1110 BROOKSIDE DR. WILSON, N.C. 27896
   ROBIN L. JACKSON
③ SANDRA J. SENN / 3 WESLEY DR. CHARLESTON, S.C. 29407  P.O. BOX 1227
   U.M.A. UNIVERSITY MEDICAL ASSOC.
④ HUGH BUICK, DARLE J SANDERS  129 BROAD ST  P.O. BOX 630  CHARLESTON, SC. 29402
   EAST COOPER REGIONAL HOSPITAL - TENET SOUTH CAROLINA
⑤ DOUGLAS PRATT-THOMAS  LINDSAY K. SMITH-YANCEY  6 CHARLOTTE ST. CHARLESTON, SC. 29403
   FLORIDA MEDICAL DEVELOPMENT
⑥ ROBERT H. HOOD, JR.  172 MEETING ST  P.O. BOX 1508  CHARLESTON, SC. 29461

### III. STATEMENT OF CLAIM

*State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include also the name(s) of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets of paper if necessary.*

GENUINE ISSUES OF FACT (MATERIAL & OTHERWISE) EXIST AS TO WHETHER DEFENDANT PHYSICIAN JOBE C. METTS WAS IN COMPLIANCE OF THE APPLICABLE STANDARDS OF DISCLOSURE PURSUANT TO THE DOCTRINES OF INFORMED CONSENT. NONE OF THE MATERIALITY STANDARDS OF INFORMED CONSENT WERE MET. PLAINTIFF IN THIS ACTION HAD NO KNOWLEDGE OF PHYSICIANS AND HOSPITAL EMPLOYMENT STATUS WITH STATE HOSPITAL ENTITY M.U.S.C. IT IS A WELL KNOWN AND ESTABLISHED FACT THAT EAST COOPER HOSPITAL IS A PRIVATE ENTERPRISE. THE FACTS ARE THAT NOT ONE SINGLE DOCUMENT EVEN MAKES MENTION NOR ESTABLISHES M.U.S.C. TO PLAINTIFFS, PRIOR TO AND DURING DISCOVERY, INTURN FORMS (con't)

III. STATEMENT OF CLAIM - *continued*.

PLAINTIFFS CASE OF FRAUD AGAINST ALL DEFENDANTS INVOLVED HEREIN THIS COMPLAINT. MEDICAID DOCUMENTS CLEARLY PROVE BEYOND A REASONABLE DOUBT THAT TENET HEALTHCARE SOUTH CAROLINA d/b/a EAST COOPER HOSPITAL WAS THE PROVIDER AND RECIPIENT OF THE SUM OF $10,467.00. JOBEC METTS, M.D. (IN PERSONA) $1813.37 AND CLEARLY NOT THAT OF M.U.S.C. THE DOCUMENTS OBTAINED FROM THE PLAINTIFFS ARE FROM THE SOUTH CAROLINA MEDICAID PROGRAMS ATTORNEYS OFFICE AND WERE RECIEVED FROM DEPUTY GENERAL COUNCEL, RICHARD G. NEPPER AT MEDICAID SURVAILANCE IN COLUMBIA, SOUTH CAROLINA.

PLAINTIFF CONTENDS AND ASSERTS THE CLAIM OF "FRAUD" DUE TO THE DEFENDANTS DECEPTIVE AND FRAUDULENT PRACTICES. AS THE EVIDENCE CLEARLY SHOWS FROM EAST COOPER HOSPITAL, THERE WAS AGAIN NO KNOWLEDGE OR MENTION OF M.U.S.C., THUS PLAINTIFFS COMPLAINT IS ESTABLISHED. ADDITIONALLY CIRCUIT COURT OF S.C. JUDGE J.C. NICHOLSON JR. IS RESPONSIBLE FOR ADDITIONAL CLAIMS OF FRAUD, PROTECTING AND COVERING DEFENDANTS BEHAVIORS AND ACTIONS ALSO FOR FEDERAL CLAIMS OF FRAUD AS AN ACTOR ACTING IN A STATE ACTION OR ACTION UNDER COLOR OF STATE LAW.

IV. RELIEF.

*State briefly and exactly what you want this court to do for you.*

(A) INJUNCTIVE RELIEF:
PUBLIC AND COURT REPRIMAND OF JUDGE J.C. NICHOLSON FOR THE OCCASION OF DENYING THE PLAINTIFFS CIVIL RIGHTS IN THE STATE OF SOUTH CAROLINA COURT WITH PREJUDICE AND MALFEASANCE. IN LIGHT OF THESE VIOLATIONS PLAINTIFF REQUESTS THIS INJUNCTIVE RELIEF POWER TO RESTORE THE STATUS QUO ANTE; THAT IS, TO MAKE THE PLAINTIFF WHOLE AGAIN AS HIS RIGHTS HAVE BEEN VIOLATED. PLAINTIFF RESPECTFULLY ADDS THAT THIS ACTION IS ESSENTIAL TO THE CONCEPT OF FAIRNESS.

(B) COMPENSATORY RELIEF:
BASED UPON THE FOREGOING FACTS CONTAINED IN PLAINTIFFS PLEADINGS AND COMPLAINT, PLAINTIFF PRAYS FOR COMPENSATORY DAMAGES IN THE AMOUNT OF TWENTY-FIVE MILLION DOLLARS.

*I declare under penalty of perjury that the foregoing is true and correct.*

Signed this __7th__ day of __JANUARY__, 20__09__.

_____
*Signature of Plaintiff*

(C) MALICE: PLAINTIFF RESPECTFULLY CONTENDS THAT THE FOREGOING FACTS INDICATE ACTIONS THAT THE DEFENDANTS BEHAVIORS CONSTITUTE WANTON, WILLFULL AND WICKED CONDUCT AND WERE DONE WILLFULLY AND MALICIOUSLY TO DETER THE PLAINTIFF. PLAINTIFF HAS BEEN PHYSICALLY HARRASSED, BATTERED AND THREATENED AS A RESULT OF THE INITIATION OF THESE CHARGES ONTO THE DEFENDANTS.

(D) PUNITIVE DAMAGES: BASED UPON THE FOREGOING PLEADED FACTS, PLAINTIFF PRAYS FOR PUNITIVE DAMAGES IN THE AMOUNT OF TWENTY-FIVE MILLION DOLLARS.